

FILED & ENTERED

MAY 05 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>MICHAEL FRANK CASTANON,<br><br>       Debtor. | Case No. 2:17-bk-13593-RK<br><br>Chapter 7<br><br>**ORDER DENYING REQUEST FOR TIME EXTENSION AND REQUIRING PETITION-RELATED DOCUMENTS BE FILED BY MAY 19, 2017** |

TO DEBTOR MICHAEL FRANK CASTANON AND PARTIES IN INTEREST:

  The court has reviewed the request of debtor Michael Frank Castanon for time extension to file all his bankruptcy petition-related documents, filed on April 3, 2017. Because debtor did not file all the required petition-related documents, on March 24, 2017, the court issued and served on debtor a case commencement deficiency notice and an order to comply with Federal Rule of Bankruptcy Procedure 1007 and Notice of Intent to Dismiss Case, stating that debtor failed to file such petition-related documents including the Statement of Financial Affairs, Form 107 or 207, the Means Test Calculation-related forms, Form 122A-1, 122A-1Supp and 122A-2, Certificate of Credit

Counseling, Declaration as to Whether Income was Received from an Employer within 60 Days of the Petition Date, Verification of the Master Mailing List of Creditors, LBR Form F1007-1 and others.

The court finds that debtor's excuse in his request that "[a]t the time of filing, I did not have all of the papers requiered [sic] to complete my petition. I am currently waiting for the proper information to arrive to me" to be inadequate, particularly since he still has not filed the required petition-related documents as of May 5, 2017, some 42 days after the filing of the original bankruptcy petition. Federal Rule of Bankruptcy Procedure 1007(c) generally requires that petition-related documents must be filed in a voluntary bankruptcy case such as this one no later than 14 days after the filing of the original petition. Under Section 521(i)(1) of the Bankruptcy Code, 11 U.S.C., the court is to automatically dismiss the bankruptcy case if not all the required petition-related documents are not filed by the 45th day after the filing of the original petition, or by May 9, 2017. **Even though the court should automatically dismiss the case on May 9, 2017, the 46th day as required by Code Section 521(i)(1), the court will order instead that debtor is allowed to file all of the required petition-related documents by May 19, 2017. The court further orders that if debtor does not file all of his petition-related documents by May 19, 2017, this bankruptcy case is ordered immediately dismissed.**

IT IS SO ORDERED.   ###

Date: May 5, 2017

_____
Robert Kwan
United States Bankruptcy Judge